IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **SHAWN ARCHER**, | : | CASE NO. **16-73098**-CRM |
| | : | |
| Debtor. | : | |
| \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_  \_\_ | : | \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| SHAWN ARCHER, Debtor; LATONYA E. JOHNSON, Codebtor; and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY

NOW COMES CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A. (the "Movant") and moves this Court for relief from the automatic stay and Codebtor Stay and shows the Court as follows:

1.

On December 29, 2016, Shawn Archer ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Chapter 13, and said case is pending before this Court.

2.

Movant has a claim in this case secured by a first priority lien against Debtor's vehicle, to wit: 2011 Chrysler 200 (the "Collateral"). The Collateral is jointly titled in the name of the nonfiling cosigner, Latonya E. Johnson (the "Codebtor"), who is jointly obligated to Movant on the loan secured thereby. The approximate payoff was $11,831.45 as of February 5, 2017.

3.

The account is past due $1,696.21 as of the filing of the Motion and another contract payment of $424.19 will come due February 27, 2017.  Debtor's plan provides to surrender the vehicle..

4.

Relief from Codebtor Stay is appropriate pursuant to U.S.C. Section 1301.

5.

Debtor does not have equity in the Collateral and the Collateral is not necessary to a reorganization that is in prospect.

6.

It appears that there are no junior lienholders with an interest in the Collateral as indicated in the Debtor's schedules.

7.

Cause exists including the lack of adequate protection to grant Movant relief from the automatic stay so as to authorize Movant to recover and dispose of the Collateral.  Movant requests the right to file an amended proof of claim after liquidation of the Collateral.

8.

Movant requests that Bankruptcy Rule 4001(a)(3) be waived.

9.

Movant has no proof of full coverage insurance protecting its interest in the Collateral.

WHEREFORE, Movant prays that this Court:

(a)  Hold a hearing pursuant to this Motion within thirty (30) days as is required under 11 U.S.C. Section 362(e);

(b)  Grant Movant relief from the automatic stay under 11 U.S.C. Section 362(d) and Codebtor Stay under 11 U.S.C. Section 1301 so as to allow Movant to recover and dispose of the Collateral and to apply the net proceeds generated therefrom to its claim in this case, and if the disposition results in a deficiency, amend its claim filed in this case, subject to objection and proceed with collection against the nonfiling Codebtor;

©) Rule 4001(a)(3) be waived; and

(d) Grant such other and further relief as the Court deems to be just and proper.

This February 14, 2017.

                                          The Law Office of
                                          LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                                          Attorneys for Movant

                              By: /s/Philip L. Rubin
                                    Philip L. Rubin
                                    Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **SHAWN ARCHER**, | : | CASE NO. **16-73098**-CRM |
| | : | |
| Debtor. | : | |
| ——————————— | : | ——————————— |
| | : | |
| CAPITAL ONE AUTO FINANCE, A | : | |
| DIVISION OF CAPITAL ONE, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| SHAWN ARCHER, Debtor; | : | |
| LATONYA E. JOHNSON, Codebtor; | : | |
| and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE**

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY and NOTICE OF HEARING on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Shawn Archer
4663 Walldrop Dr, Apt G1
Forest Park, GA 30297

Latonya E. Johnson
4913 Walden Lake Square
Decatur, Georgia 30035

Bobby Shane Palmer
303 Perimeter Center North, Suite 201
Atlanta, GA 30346

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

    This February 14, 2017.

                The Law Office of
                LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                Attorneys for Movant


                By: /s/Philip L. Rubin
                    Philip L. Rubin
                    Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **SHAWN ARCHER**, | : | CASE NO. **16-73098**-CRM |
| | : | |
| Debtor. | : | |
| _____ | : | _____ |
| | : | |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| SHAWN ARCHER, Debtor; LATONYA E. JOHNSON, Codebtor; and NANCY J. WHALEY, Trustee, | : | |
| | : | |
| Respondents. | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that **Capital One Auto Finance, a division of Capital One, N.A.** has filed a Motion for Relief from Automatic Stay and Codebtor Stay and related papers with the Court seeking an order of relief from the Automatic Stay and Codebtor Stay.

**PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion for Relief from Automatic Stay and Codebtor stay, in Courtroom 1203, The Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia at 9:30 a.m. on March 7, 2017.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings, or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is

received by the Clerk at least two business days before the hearing.  The address for the Clerk's Office is: Clerk, United States Bankruptcy Court, Room 1340, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia  30303. You must also mail a copy of your response to the undersigned at the address stated below.

IF THE MOTION IS FOR RELIEF FROM STAY, and a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consent to the automatic stay remaining in effect until the Court orders otherwise.


Dated: February 14, 2017            Signature: /s/Philip L. Rubin
                                    Philip L. Rubin
                                    5555 Glenridge Connector
                                    Suite 900
                                    Atlanta, Georgia  30342
                                    (404) 869-6900
                                    prubin@lrglaw.com
                                    Bar Number 618525