**IT IS ORDERED as set forth below:**



**Date: March 14, 2017**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| **SHAWN ARCHER**, | : | CASE NO. **16-73098**-CRM |
| | : | |
| Debtor. | : | |
| \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ | : | \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ |
| CAPITAL ONE AUTO FINANCE, A | : | |
| DIVISION OF CAPITAL ONE, N.A., | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| SHAWN ARCHER, Debtor;  LATONYA | : | |
| E.  JOHNSON, Codebtor; and NANCY J. | : | |
| WHALEY, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

**ORDER**

This matter came on for hearing March 7, 2017, on the *Motion for Relief from*

*Automatic Stay and Codebtor Stay* filed by Capital One Auto Finance, a division of Capital One, N.A. ("Motion")("Movant").  Movant claims a security interest in Debtor and Codebtor's vehicle: 2011 Chrysler 200 (the "Collateral").  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  Neither Debtor, Codebtor, nor Chapter 13 Trustee opposed the Motion; accordingly, it is hereby

ORDERED that the automatic stay imposed under 11 U.S.C. Section 362 and Codebtor Stay of Section 1301 are modified to the extent necessary to allow Movant to recover and dispose of the Collateral in a commercially reasonable manner, to pay the expenses of disposition and the lawful claim of Movant, and to remit to Trustee any remaining sale proceeds. Movant may also proceed with collection under nonbankruptcy law against the nonfiling Codebtor; alternatively, if the disposition results in a deficiency, Movant may amend its claim filed in this case, subject to objection.  The Court ORDERS that Rule 4001(a)(3) does not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON &
RUSSO, P.C.
Attorneys for Movant

By: _____/S/_____
    Philip L. Rubin
    Ga. State Bar No. 618525
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

NO OPPOSITION TO:

Chapter 13 Trustee


By:_____/S/_____
    Julie M. Anania
    Ga. State Bar No. 477064
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

# DISTRIBUTION LIST

Philip L. Rubin, Esq.
Lefkoff, Rubin, Gleason & Russo, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Shawn Archer
4663 Walldrop Dr, Apt G1
Forest Park, GA 30297

Latonya E.  Johnson
4913 Walden Lake Square
Decatur, Georgia 30035

Bobby Shane Palmer
303 Perimeter Center North, Suite 201
Atlanta, GA 30346

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303