UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SHAWN ARCHER,** | ) | CASE NO. **16-73098-CRM** |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS,
AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

TO: Creditors and Other Parties in Interest:

PLEASE TAKE NOTICE that Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court before the following deadline.

DEADLINE FOR FILING OBJECTION: Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on October 4, 2017. If the twenty-fourth day after the filing falls on a week-end or holiday, the deadline is extended to the next business day.

PLACE OF FILING:   Clerk, United States Bankruptcy Court
75 Ted Turner Drive
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

The Semrad Law Firm, LLC
Attn: C. Evangeline White
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346

Shawn Archer
4663 Walldrop Drive
Apt. G1
Forest Park, GA 30297

      PLEASE TAKE FURTHER NOTICE that if an objection to the proposed Modification is timely filed, **the Court will hold a hearing on the modification on November 28, 2017 at 2:30P.M. in Courtroom 1203, U.S. Courthouse. 75 Ted Turner Drive, Atlanta, Georgia.** If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.

Dated: October 4, 2017                                      /s/
                                                                                    C. Evangeline White
                                                                                   GA Bar No. 676480
                                                                                   The Semrad Law Firm, LLC
                                                                                   Sterling Point II
                                                                                   303 Perimeter Center North, Ste. 201
                                                                                   Atlanta, Georgia 30346
                                                                                   (678) 668-7160
                                                                                   **Attorney for the Debtor**
                                                                                   atlcourtdocs@gmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| **SHAWN ARCHER,** | ) CASE NO. **16-73098-CRM** |
| | ) |
| Debtor. | ) |

**POST-CONFIRMATION MODIFICATION OF PLAN AND
REQUEST FOR APPROVAL**

COMES NOW Debtor, Shawn Archer, by and through undersigned counsel, and move this Honorable Court for the entry of an order modifying the Chapter 13 Plan post-confirmation. In support, thereof the Debtor states as follows:

1.

Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code on December 29, 2016. The Chapter 13 Plan was confirmed on June 5, 2017.

2.

Debtor hereby modifies paragraph 4 of the Chapter 13 Plan, as follows:

(B). **Debtor's Attorney's Fees.** Debtor and Debtor's attorney have agreed to a base attorney fee in the amount of $4,562.00 for the services identified in the Rule 2016(b) disclosure statement filed in this case. The amount of $200.00 was paid prior to the filing of the case. The Trustee shall disburse the unpaid amount of the fee, $4,252.00 $4,362.00 as allowed under General Order 18-2015, as follows: (1) Upon the first disbursement following confirmation of a Plan, the Trustee shall disburse to Debtor's attorney from the funds available and paid into the office of the Trustee by Debtor or on Debtor's behalf, up to $4,352.00 $4,362.00 after the payment of any payments under 11 U.S.C. § 1326(a)(1)(B) or (C) and administrative fees. The remaining balance of the fees shall be paid up to $200.00 $409.00 per month until the fees are paid in full; (2) If the case converted prior to confirmation of the plan, Debtor directs the Trustee to pay fees to Debtor's attorney from the funds available of $2,000.00 (amount not to exceed $2,000.00); (3) If the case is dismissed prior to confirmation of the plan fees for Debtor's attorney of $2,000.00 as set forth on the 2016(b) disclosure statement (amount not to exceed $2,000.00) are allowed pursuant to General Order 18-2015 and shall be paid by the Trustee from the funds available without a fee application. Debtor's attorney may file a fee application for fees sought over $2,000.00 within 10 days of the Order of Dismissal; (4) If the case is converted after confirmation of the plan, Debtor directs the Trustee to pay to Debtor's attorney from the funds available, any allowed fees which are unpaid; and (5) If the case is dismissed after confirmation of the plan, Trustee shall pay to Debtor's attorney from the funds available, any allowed fees which are unpaid.

**[INDICATE HERE HOW ADDITIONAL, NON-BASE FEES ARE TO BE PAID]**

*(Cost include: $4,200.00 Attorney's Fees, $310.00 Filing Fee, $20.00 Copy Cost, $5.00 Tax Transcript, $27.00 Credit Report)

Debtor(s) and Debtor's attorney have further agreed that Debtor's attorney may be paid for "non base services" as they are performed on an as-needed basis. These "non-base services," in addition to the corresponding fee for each, are identified in paragraph 6 of the Rule 2016(b) disclosure statement found in the case. Upon completion of a "non-base service," Debtor's attorney may file an application with the Court, serving all parties-in-interest with notice of the application and providing an opportunity to be heard on the matter. If the "non-base" fee is approved by the Court, then the fee shall be added to the balance of the unpaid base fee in this case and paid in accordance with paragraph
(B), above. If the base fee has been paid in full, then the fee shall be paid up to $~~200.00~~ $409.00 per month and the distributions to creditors shall be reduced, pro rata, by the amount until the additional fee is paid in full.

Dated: October 4, 2017                                  /s/
                                                        Shawn Archer


                                                         /s/
                                                        C. Evangeline White
                                                        GA Bar No. 676480
                                                        The Semrad Law Firm, LLC
                                                        Sterling Point II
                                                        303 Perimeter Center North, Ste. 201
                                                        Atlanta, Georgia 30346
                                                        (678) 668-7160
                                                        **Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SHAWN ARCHER,** | ) | CASE NO. **16-73098-CRM** |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Post-Confirmation Plan Modification and Notice of Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Shawn Archer
4663 Walldrop Drive
Apt. G1
Forest Park, GA 30297**

*(see attached creditor matrix for additional parties to be served)*

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated: October 4, 2017

          /s/
C. Evangeline White
GA Bar No. 676480
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 16-73098-crm<br>Northern District of Georgia<br>Atlanta<br>Wed Oct  4 10:52:30 EDT 2017 | ALLY FINANCIAL<br>200 RENAISSANCE CTR<br>DETROIT, MI 48243-1300 | ASPIRE<br>POB 105555<br>ATLANTA, GA 30348-5555 |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | Shawn Archer<br>4663 Walldrop Dr, Apt G1<br>Forest Park, GA 30297-1378 | CAPITAL ONE AUTO FINAN<br>3901 DALLAS PKWY<br>PLANO, TX 75093-7864 |
| CAPITAL ONE AUTO FINANCE<br>3901 DALLAS PKWY<br>PLANO, TX 75093-7864 | CENTRL FINCL<br>POB 14059<br>ORANGE, CA 92863 | CONVERGENT OUTSOURCING<br>800 SW 39TH ST<br>RENTON, WA 98057-4975 |
| CRDT FIRST<br>POB 81315<br>CLEVELAND, OH 44181-0315 | CREDIT FIRST N A<br>6275 EASTLAND RD<br>BROOK PARK, OH 44142-1399 | Capital One Auto Finance<br>c/o Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| Capital One Auto Finance, c/o Ascension Capi<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | Credit First NA<br>PO Box 818011<br>Cleveland OH 44181-8011 | DIVERSIFIED<br>Po Box 1391<br>Southgate, MI 48195-0391 |
| Department of Justice, Tax Division<br>75 Spring Street SW<br>Civil Trial Section, Southern<br>Atlanta, GA 30303-3315 | ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | FIRST PREMIER BANK<br>c/o Jefferson Capital Systems LLC PO Box<br>c/o Linda Dold<br>Saint Cloud, MN 56302 |
| FST PREMIER<br>3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107-0145 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | INNOVATELN<br>2201 DOTTIE LYNN P SUITE 115<br>FORT WORTH, TX 76120-4435 |
| Innovate Loan<br>2201 DOTTIE LYNN P SUITE 115<br>FORT WORTH, TX 76120-4435 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service - Atl<br>401 W PEACHTREE ST, NW, RM 1665<br>c/o MARIA HARRIS<br>Atlanta, GA 30308 |
| MIDLAND FUNDING<br>2365 Northside Drive<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | NATLCRSYS<br>P.O. BOX 312125<br>ATLANTA, GA 31131-2125 |
| Office Of United States Trustee-ATL<br>75 Ted Turner Dr SW #362<br>Atlanta, GA 30303-3330 | Office of Attorney General<br>40 Capitol Sq Sw<br>Atlanta, GA 30334-9057 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

```
PRA Receivables Management, LLC        Bobby Shane Palmer                      Premier Bankcard, Llc
PO Box 41021                            The Semrad Law Firm                    c o Jefferson Capital Systems LLC
Norfolk, VA 23541-1021                  303 Perimeter Center North, Suite 201  Po Box 7999
                                        Atlanta, GA 30346-3425                 Saint Cloud Mn 56302-7999


Jonathan A Proctor                      Philip L. Rubin                        STANISCCONTR
The Semrad Law Firm, LLC                Lefkoff, Rubin. Gleason & Russo        914 14TH ST POB 480
303 Perimeter Center North, #201        Suite 900                              MODESTO, CA 95353-0480
Atlanta, GA 30346-3425                  5555 Glenridge Connector
                                        Atlanta, GA 30342-4762


(p)STELLAR RECOVERY INC                 STELLAR RECOVERY INCORPORATED          Special Assistant U.S. Attorney
PO BOX 48370                            4500 Salisbury Rd Ste 10               401 W. Peachtree Street, NW, STOP 1000-D
JACKSONVILLE FL 32247-8370              Jacksonville, FL 32216-8035            Atlanta, GA 30308


Synchrony Bank                          U. S. Attorney                         WEBBANK/FINGERHUT
c/o PRA Receivables Management, LLC     600 Richard B. Russell Bldg.           6250 RIDGEWOOD RD
PO Box 41021                            75 Ted Turner Drive, SW                SAINT CLOUD, MN 56303-0820
Norfolk, VA 23541-1021                  Atlanta GA 30303-3315


WEBBNK/FHUT                             WESTERN SHAMROCK   D.B.A.   WESTERN FINANCE   WESTERN SHAMROCK CORP
Po Box 166                              801 S ABE ST                           801 S ABE
Newark, NJ 07101-0166                   SAN ANGELO, TX 76903-6735              SAN ANGELO, TX 76903-6735


WORLD FINANCE CORPORAT                  Waldorf Creek Apartments               Nancy J. Whaley
5519 EAST 82ND STREET                   4663 Waldorf Drive                     Nancy J. Whaley, Standing Ch. 13 Trustee
INDIANAPOLIS, IN 46250-4699             Forest Park, GA 30297                  303 Peachtree Center Avenue
                                                                               Suite 120, Suntrust Garden Plaza
                                                                               Atlanta, GA 30303-1216


Cha-Mecca Evangeline White
The Semrad Law Firm
303 Perimeter Center N Suite 201
Atlanta, GA 30346-3425
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue           (d)Georgia Department of Revenue       PORTFOLIO RC
1800 Century Boulevard                  Accounts Receivable Collections Section 120 Corporate Boulevard
c/o T Truong                            Bankruptcy Section                     Norfolk, VA 23502
Atlanta, GA 30345                       1800 Century Blvd NE Suite 9100
                                        Atlanta, Georgia 30345


(d)Portfolio Recovery Associates, LLC   (d)Portfolio Recovery Associates, LLC  STELLAR RECOVERY INC
POB 41067                               POB 41067                              1327 HWY 2 W
Norfolk VA 23541                        Norfolk,  VA 23541                     KALISPELL, MT 59901
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Capital One Auto Finance, A Division of Ca

End of Label Matrix
Mailable recipients   48
Bypassed recipients    1
Total                 49