**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Atlanta Division**

In Re: Debtor(s)
**Shawn Archer**
4663 Walldrop Dr, Apt G1
Forest Park, GA 30297

Case No.: **16−73098−crm**
Chapter: **13**
Judge: **C. Ray Mullins**

**xxx−xx−9669**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated:   November 29, 2017

_C. Ray Mullins_

C. Ray Mullins
United States Bankruptcy Judge

Form 133a